UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ALBERT O'NEAL, JR.** | **CIVIL ACTION NO. 22-3318 SEC P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **PAROLE AND PROBATION OF TALLULAH, LA, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Albert O'Neal, Jr.'s, requests for habeas corpus relief is **DISMISSED WITHOUT PREJUDICE** to his right to pursue the relief in a separate habeas corpus proceeding after he exhausts all his state remedies.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Parole Officer Brakefield are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state claims on which relief may be granted until the *Heck* conditions are met.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**MONROE, LOUISIANA**, this 28th day of November 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE